# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 5:12-CR-00006-VAP |
| Plaintiff, | |
| v. | ORDER OF DETENTION AFTER HEARING |
| GUILLERMO PARAMO-CEJA, | [Fed.R.Crim.P. 32.1(a)(6); |
| Defendant. | 18 U.S.C. 3143(a)] |

The defendant having been arrested in Los Angeles County pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

\\
\\
\\

1

A. (X) The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's failure to proffer any evidence to meet the defendant's burden on this issue; and defendant's prior illegal re-entry following deportation.

B. (X) The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's failure to proffer any evidence to meet the defendant's burden on this issue; and defendant's criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: August 15, 2017

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE